# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**BANK OF NEW YORK,**　　　　　　　　　　**Case No.   3:13-cv-136**
　　　　　　　　　　　　　　　　　　　　　　**Bankruptcy Case No. 11-3028**
　　Appellant,

　　　　　　　　　　　　　　　　　　　　　　**Judge Timothy S. Black**
-vs-

**DANNY G. SHEELEY, JR.,** *et al.*,

　　Appellees.

_____

**JUDGMENT IN A CIVIL CASE**

_____

　　**[ ]　Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

　　**[X]　Decision by Court:**

　　**IT IS ORDERED AND ADJUDGED** that the Appellees' Motion to Dismiss (Doc. 9) is **DENIED**; that the Decisions of the Bankruptcy Court are **AFFIRMED**; and the case is **CLOSED** from the docket of the Court.

Date: 3/25/2014　　　　　　　　　　　　　　　　**JOHN P. HEHMAN, CLERK**

　　　　　　　　　　　　　　　　　　　　　　By: *s/ M. Rogers*
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk